USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/18

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

JOSE DEL-ORDEN, on behalf of himself
and all others similarly situated,

|  |  |
|---|---|
| Plaintiffs, | ) ) ) ) Case No.: 1:17-cv-07756-LGS |
| -against- | ) ) ) ) |
| CENTRAL AMUSEMENT INTERNATIONAL LLC d/b/a LUNA PARK, | ) ) ) ) |
| Defendants | ) |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the others.

**IT IS FURTHER STIPULATED AND AGREED,** that facsimile signatures will have the same force and effect as originals and that the within stipulation may be executed in counterparts and filed without further notice with the Clerk of the Court.

Dated: New York, New York
         ~~April~~ May 3, 2018

C.K.LEE (CL-4086), ESQ.
LEE LITIGATION GROUP, PLLC
Attorney for Plaintiff
30 East 39th Street, Second Floor
New York, NY 10006
Tel (212) 465-1180

BY: BELLA I. PEVZNER, ESQ. (BP-1728)
SOBEL PEVZNER, LLC
Attorney for Defendants
30 Vesey Streets, 8th Floor
New York, New York 10007
Tel (212) 216-0020

Dated: May 4, 2018

New York, New York

**SO ORDERED**

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE